

# Court of Appeals
# Sixth Appellate District of Texas

# J U D G M E N T

| | |
|---|---|
| Zimbabwe Raymond Johnson, Appellant | Appeal from the County Court at Law of Bowie County, Texas (Tr. Ct. No. 21M0630-CCL). Opinion delivered by Justice Stevens, Chief Justice Morriss and Justice van Cleef participating. |
| No. 06-22-00027-CR          v. | |
| The State of Texas, Appellee | |

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify the trial court's judgment by deleting the award of $200.00 in restitution. As modified, the judgment of the trial court is affirmed

We note that the appellant, Zimbabwe Raymond Johnson, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED DECEMBER 22, 2022
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk